UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 19-CR-57

CHRISTOPHER D. BANIA,

        Defendants.

## JOINT MOTION TO DECLARE CASE COMPLEX

The United States of America, by and through its attorneys, Matthew D. Krueger, United States Attorney, and Daniel R. Humble, Assistant United States Attorney, along with counsel for the defendant, Christopher T. Froelich, hereby request that the case against the above-named defendants be declared complex pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(ii) and Local Rule IV(a)(1). As grounds therefor, the parties state as follows:

1. This case is the type of unusual case contemplated by Congress when they enacted the above-referenced statute allowing this Court to expand the traditional pretrial time limits. This case involves thousands of transactions alleged to have occurred on the "dark web." The "dark web" is not a portion of the internet accessed or even known to most individuals. Gaining an understanding of how it is accessed, who may access it and how transactions are conducted with anonymity is an academic undertaking.

2. Investigators in this case sought and received approximately fifteen state and federal search warrants. Eleven of those involved the search for and seizure of

cryptocurrency, cryptocurrency wallets, or "blockchain" account information. As with the "dark web," the use of cryptocurrency is not within the average individual's common knowledge. The various technologies involved in the use, storage, and access to cryptocurrency, largely but not exclusively Bitcoin, are constantly evolving and will require a significant amount of exploration prior to bringing any possible pre-trial motions. Given that these technologies are evolving rapidly, it is possible that there may be "novel questions of fact or law" which make it "unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established" as stated in the statute.

3. The amount of discovery is larger than the average drug distribution and money laundering case given the amount of information received by investigators in response to subpoenas and the national and international scope of the investigation involving numerous state and federal law enforcement agencies in various jurisdictions.

Given the unique nature of this case, the parties respectfully request that this Court designating this case complex pursuant to Title 18 U.S.C. § 3161(h)(7)(B)(ii) for the purpose of expanding the timeframe for exploration of any pretrial motions and to allow counsel to fully review the complicated information contained therein.

Dated at Green Bay, Wisconsin, this 17th day of April, 2019.

                          Respectfully submitted,

                          MATTHEW D. KRUEGER
                          United States Attorney


By:    /s Daniel R. Humble
        DANIEL R. HUMBLE
        Assistant United States Attorney