UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                Case No. 19-CR-57

CHRISTOPHER D. BANIA,

        Defendant.

## PRELIMINARY ORDER OF FORFEITURE

Upon consideration of the United States' motion for entry of a preliminary order of forfeiture under Rule 32.2 of the Federal Rules of Criminal Procedure; Defendant Christopher D. Bania's entry of a guilty plea to Count One of the Indictment; and the terms of Defendant Christopher D. Bania's plea agreement,

IT IS HEREBY ORDERED that the United States' motion for entry of a preliminary order of forfeiture be, and hereby is, GRANTED.

IT IS FURTHER ORDERED that, under 21 U.S.C. § 853 the following items, be, and hereby are, preliminarily forfeited to the United States:

    a.    Approximately $6,099.44 of the approximately $26,726.11 in United States currency seized from the defendant's Associated Bank checking account ending in digits 0861; and

    b.    Approximately 16.91880054 Bitcoin seized from Bania's "Local Bitcoins" account.

IT IS FURTHER ORDERED that the above-referenced items shall be seized by the United States Marshal Service for the Eastern District of Wisconsin, or it's duly authorized representative.

IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the above-referenced items according to law.

IT IS FURTHER ORDERED that the following items, be, and hereby are, DISMISSED from the Bill of Particulars for the reason set forth in the government's motion:

a. Approximately $50,332 in United States currency seized from the residence located at 4XXX Frobisher Fields, Hobart, Wisconsin;

b. Approximately 0.66224525 Bitcoin seized from Bania's "Electrum" virtual currency wallet;

c. Approximately 14.59638483 Bitcoin seized from Bania's other "Electrum" virtual currency wallet;

d. Approximately 0.98847108 Bitcoin seized from Bania's "CoPay" virtual currency wallet;

e. Approximately 104.34765685 Bitcoin seized from Bania's "Blockchain" virtual currency wallet;

f. Approximately 0.24130732 Bitcoin seized from Bania's "Coinbase" Account;

g. Approximately 4.09988953 Bitcoin seized from Bania's "Coinbase" Account;

h. Approximately 4.5 Ethereum seized from Bania's "Coinbase" Account;

i. Approximately 3421.989943 U.S. Dollar Coin (cryptocurrency) seized from Bania's "Coinbase" Account;

j. Approximately 31,629.71915 U.S. Dollar Coin (cryptocurrency) seized from Bania's "Coinbase" Account;

    k.        Approximately $10,143.42 in United States currency seized from Bania's "Coinbase" Account;

    l.        Approximately $18,592.71 in United States currency seized from Bania's "Circle.com" Account;

    m.        Approximately 78.49723380 Bitcoin Cash seized from Bania's "Blockchain" virtual currency wallet; and

    n.        Approximately $305.38 in United States currency seized from Bania's Associated Bank savings account ending in digits 8637.

IT IS FURTHER ORDERED that the United States shall return $20,626.67 of the approximately $26,726.11 in United States currency seized from the defendant's Associated Bank checking account ending in digits 0861

IT IS FURTHER ORDERED that the terms of this Order shall be recounted in the Defendant's Judgment and Commitment Order.

Dated at Green Bay, Wisconsin, this 19th day of October, 2019.

                                                      s/ William C. Griesbach
                                                      WILLIAM C. GRIESBACH, Chief Judge
                                                      United States District Court - WIED